**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO.: 3:09-CV-507-RLV-DCK**

DAVID BARTON WOOTEN, LISA WOOTEN,
ROBERT NASTASE, MARY A. NASTASE, JASON E.
JONES, JASON M. HENDRIX, LEE ADAMS
MCINTYRE, III, KORI K. MCINTYRE, LAWRENCE
R. DUDZIK, CHRISTINE A. DUDZIK, MICHAEL A.
DOLAN, LISA A. DOLAN, BARRY K. BROWN,
SANDRA D. BROWN, GREGORY J. HELLMANN,
CYNTHIA A. HELLMANN, ROBERT A. HAMILTON
and JOAN M. HAMILTON,

Plaintiffs,

v.

INFINITY PARTNERS, LLC, INFINITY REAL
ESTATE PARTNERS, LLC, PRUDENTIAL SOURCE
ONE, SOURCE ONE COMMUNITIES, L.L.C.,
PEERLESS REAL ESTATE SERVICES, INC., BLUE
RIVER RIDGE AT BLOWING ROCK, LLC, A.
GREG ANDERSON, ANDERSON & ASSOCIATES,
FIFTH THIRD BANK f/k/a FIRST CHARTER BANK
OF NORTH CAROLINA, ANTHONY PORTER, LEE
FARTHING and STEVE RAYBORN,

Defendants.

**CONSENT ORDER STAYING LITIGATION
AGAINST DEFENDANT PEERLESS REAL
ESTATE SERVICES, INC.**

This matter is before the Court on the *"Motion For Order Staying Litigation By Receiver For Defendant Peerless Real Estate Services, Inc."* (Document No. 42) filed on December 28, 2009 by Joseph W. Grier, III, Receiver for Defendant Peerless Real Estate Services, Inc. ("Peerless"). Having reviewed the record, noting the consent of the Plaintiffs, and for good cause shown, the Court concludes that the Motion should be **granted**; and it is therefore

ORDERED, ADJUDGED AND DECREED that:

(1)     The plaintiffs in this action are stayed from proceeding against Peerless pending further order of this Court;

(2)     The Receiver is directed to cooperate reasonably with the parties in this action in producing documents in his possession and control requested by parties to that litigation; and

(3)     Plaintiffs in this action may participate along with any other parties asserting claims in any claims process established by the North Carolina Superior Court administering the Peerless receivership and the Receiver is directed to notify counsel for the plaintiffs in this action when that court establishes a claims procedure.


Signed: January 19, 2010


David C. Keesler
United States Magistrate Judge


Consented to by:


  /s Joseph W. Grier, III
Joseph W. Grier, III
Attorney for Receiver for Peerless Real Estate Services, Inc.


  /s Matthew W. Buckmiller
Matthew W. Buckmiller
Attorney for Plaintiffs