**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO.: 3:09-CV-507-RLV-DCK**

| | |
|---|---|
| DAVID BARTON WOOTEN, LISA WOOTEN, ROBERT NASTASE, MARY A. NASTASE, JASON E. JONES, JASON M. HENDRIX, LEE ADAMS MCINTYRE, III, KORI K. MCINTYRE, LAWRENCE R. DUDZIK, CHRISTINE A. DUDZIK, MICHAEL A. DOLAN, LISA A. DOLAN, BARRY K. BROWN, SANDRA D. BROWN, GREGORY J. HELLMANN, CYNTHIA A. HELLMANN, ROBERT A. HAMILTON and JOAN M. HAMILTON, | |
| Plaintiffs, | |
| v. | CONSENT ORDER STAYING LITIGATION AGAINST DEFENDANT PEERLESS REAL ESTATE SERVICES, INC. |
| INFINITY PARTNERS, LLC, INFINITY REAL ESTATE PARTNERS, LLC, PRUDENTIAL SOURCE ONE, SOURCE ONE COMMUNITIES, L.L.C., PEERLESS REAL ESTATE SERVICES, INC., BLUE RIVER RIDGE AT BLOWING ROCK, LLC, A. GREG ANDERSON, ANDERSON & ASSOCIATES, FIFTH THIRD BANK f/k/a FIRST CHARTER BANK OF NORTH CAROLINA, ANTHONY PORTER, LEE FARTHING and STEVE RAYBORN, | |
| Defendants. | |

This matter is before the Court on the *"Motion For Order Staying Litigation By Receiver For Defendant Peerless Real Estate Services, Inc."* (Document No. 42) filed on December 28, 2009 by Joseph W. Grier, III, Receiver for Defendant Peerless Real Estate Services, Inc. ("Peerless"). Having reviewed the record, noting the consent of the Plaintiffs, and for good cause shown, the Court concludes that the Motion should be **granted**; and it is therefore

ORDERED, ADJUDGED AND DECREED that:

(1)     The plaintiffs in this action are stayed from proceeding against
        Peerless pending further order of this Court;

(2)     The Receiver is directed to cooperate reasonably with the parties in
        this action in producing documents in his possession and control
        requested by parties to that litigation; and

(3)     Plaintiffs in this action may participate along with any other parties
        asserting claims in any claims process established by the North
        Carolina Superior Court administering the Peerless receivership and
        the Receiver is directed to notify counsel for the plaintiffs in this action
        when that court establishes a claims procedure.

Signed: January 19, 2010

David C. Keesler
United States Magistrate Judge

Consented to by:

/s Joseph W. Grier, III
Joseph W. Grier, III
Attorney for Receiver for Peerless Real Estate Services, Inc.

/s Matthew W. Buckmiller
Matthew W. Buckmiller
Attorney for Plaintiffs