# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CV-507-RLV-DCK

DAVID BARTON WOOTEN, et al.,

        Plaintiffs,

vs.

BLUE RIVER RIDGE AT BLOWING ROCK, LLC, et al.,

        Defendants.

**CONSENT ORDER STAYING LITIGATION AS TO BLUE RIVER RIDGE AT BLOWING ROCK, LLC**

**THIS MATTER IS BEFORE THE COURT** on "Motion For Order Staying Litigation By Receiver For Defendant Blue River Ridge At Blowing Rock, LLC" (Document No. 79) filed March 9, 2010, by Constance L. Young, Receiver for Defendant Blue River Ridge at Blowing Rock, LLC. Having reviewed the record, noting the consent of the Plaintiffs, and for good cause shown, the Court concludes that the Motion should be <u>granted</u>; and it is therefore

**ORDERED, ADJUDGED AND DECREED** that:

1. The Plaintiffs in the Wooten Complaint are stayed from proceeding against Blue River Ridge at Blowing Rock, LLC in this action pending further order of this Court;

2. The Receiver is directed to cooperate reasonably with the parties in the Wooten Complaint in producing documents in her possession and control requested by parties to that litigation; and

3. Plaintiffs in the Wooten Complaint shall participate with any other parties asserting claims against Blue River Ridge at Blowing Rock, LLC pursuant to the process established by the Superior Court of North Carolina, Mecklenburg County, in civil action no. 08-CVS-27336, by that certain Order for Decree of Judicial Dissolution, a true and accurate copy of which is docketed in this matter as Document No. 79-3. Plaintiffs in the Wooten Complaint are known claimants of Blue River Ridge and will be notified of Blue River Ridge's dissolution in accordance with the Order for Decree of Judicial Dissolution.

Signed: April 8, 2010

David C. Keesler
United States Magistrate Judge

Consented to by:

/s/ Constance L. Young
Constance L. Young, *Attorney for Receiver*
*for Blue River Ridge at Blowing Rock, LLC*

/s/ Matthew W. Buckmiller
Matthew W. Buckmiller
Shipman & Wright, L.L.P.
575 Military Cutoff, Suite 106
Wilmington, NC 28405
*Attorneys for Wooten Complaint Plaintiffs*