# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3: 09cv507

| | |
|---|---|
| DAVID BARTON WOOTEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| INFINITY PARTNERS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on initial review. Review of the parties reveals that the undersigned has a conflict requiring recusal in this mater.

## ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned respectfully recuses himself (party recusal) from consideration of this matter.

Signed: March 21, 2011

Max O. Cogburn Jr.
United States District Judge