IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-507-GCM

| | | |
|---|---|---|
| DAVID BARTON WOOTEN, *et al*, | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| INFINITY PARTNERS, LLC, | ) | |
| *et al*, | ) | |
| Defendants, | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference on **Tuesday, May 24, 2011, at 11:00 a.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: May 3, 2011

Graham C. Mullen
United States District Judge